DISMISS; Opinion issued January 16, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00673-CV

## PHILADELPHIA INDEMNITY INSURANCE COMPANY AND LANCE GOFF, Appellants

V.

## THE EPISCOPAL DIOCESE OF FORT WORTH, ET AL, Appellee

On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-15563-E

## OPINION

Before Chief Justice Wright, Justice Lang-Miers and Justice Lewis
Opinion by Chief Justice Wright

Appellants' brief in this case is overdue. By letter dated July 9, 2012, we notified appellants the time for filing their brief had expired. We directed appellants to file their brief and an extension motion within ten days or the appeal would be dismissed. To date, appellants have not filed their brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(1), 42.3(c).

CAROLYN WRIGHT
CHIEF JUSTICE

120673F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

Philadelphia Indemnity Insurance Company
and Lance Goff, Appellants

No. 05-12-00673-CV      V.

The Episcopal Diocese of Fort Worth, et al,
Appellees

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-15563-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees The Episcopal Diocese of Fort Worth, Bishop Jack Leo Iker, Franklin Salazar, Jo Ann Patton, Walter Virden III, and St. Andrew's Episcopal Church recover their costs of this appeal from appellants Philadelphia Indemnity Insurance Company and Lance Goff.

Judgment entered this 16th day of January, 2013.

_____
CAROLYN WRIGHT
CHIEF JUSTICE